# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**LARRY D. GRIFFIN,**

       Petitioner,

       V.             CASE NUMBER: **04-C-1064**

**BRYAN BARTOW, DIRECTOR,**
**WISCONSIN RESOURCE CENTER**,

       Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Larry D. Griffin's petition pursuant to Title 28, United States Code, Section 2254, is DISMISSED as untimely. This action is hereby DISMISSED.**

| | |
|---|---|
|   **February 6, 2007** |   **JON W. SANFILIPPO** |
| Date | Clerk |
| |   s/ Linda M. Zik |
| | (By) Deputy Clerk |